J. J. CHAPMAN, Respondent, v. JOHN DOE, True Name Unknown, as President, C. B. WESSELS, Individually and as Business Agent and Secretary and Treasurer of Chauffeurs Union, Local No. 693, of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, and E. E. CROSS, Individually, and as Business Agent or Manager, or Other Officer, of Chauffeurs Union, Local No. 693, of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, Appellants. JOHN J. SWEENEY, Respondent, v. JOHN DOE, True Name Unknown, as President, C. B. WESSELS, Individually and as Business Agent and Secretary and Treasurer of Chauffeurs Union, Local No. 693, of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, and E. E. CROSS, Individually, and as Business Agent or Manager, or Other Officer, of Chauffeurs Union, Local No. 693, of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, Appellants. — Plaintiffs sold union-made beer, which they purchased from a Binghamton bottling corporation. The defendants asserted the right to picket the restaurants conducted by the two plaintiffs, upon the ground that the beer was delivered in a truck driven by a chauffeur who was not a member of the Chauffeurs Union, of which a majority of the chauffeurs in the vicinity belonged. This is a secondary boycott, and not within the protection of the statutes of the State. Order affirmed, with ten dollars costs and disbursements. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS BARRY CANTWELL, Appellant. — Appeal from a judgment of the Supreme Court, entered in Essex county clerk's office February 7, 1931, upon the decision of the court. Plaintiff recovered a judgment for sixty dollars against defendant as a penalty under section 182 of the Conservation Law, for possession of dogs within the Adirondack Park without a license. The dogs were in leash and not at liberty. The facts do not bring the prosecution within the intent of the Conservation Law. Judgment reversed, on the law and facts, without costs, but with printing disbursements. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., dissents.